**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7460**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GEMINI BOYD, a/k/a Jaraun Boyd, a/k/a Gemini,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:96-cr-00134-FDW-4)

Submitted: February 15, 2011          Decided: March 11, 2011

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gemini Boyd, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gemini Boyd appeals the district court's text-order denying his motion for reconsideration of the denial of his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). Because the district court lacked the authority to consider Boyd's motion for reconsideration, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir.), cert. denied, 130 S. Ct. 3530 (2010), we affirm the district court's order denying the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2